Copland v State Farm Fire & Cas. Co. (2025 NY Slip Op 01497)

Copland v State Farm Fire & Cas. Co.

2025 NY Slip Op 01497

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

158 CA 24-00495

[*1]CHRISTOPHER COPLAND AND RACHEL HEIKOOPS, PLAINTIFFS-APPELLANTS,
v
STATE FARM FIRE AND CASUALTY COMPANY, DEFENDANT-RESPONDENT. 

KEVIN T. STOCKER, TONAWANDA, FOR PLAINTIFFS-APPELLANTS. 
HURWITZ & FINE, P.C., BUFFALO (SCOTT D. STORM OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered March 11, 2024. The order, inter alia, granted the motion of defendant for partial summary judgment and denied the motion of plaintiffs to extend the scheduling order. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 19, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court